UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 3:16-cr-00238 (SRU) |
| Vs. | : |
| LUCILO CABRERA | : November 12, 2019 |

## MOTION TO CONTINUE SCHEDULING ORDER
## NUNC PRO TUNC

The Defendant, LUCILO CABRERA, acting herein by his undersigned Counsel, hereby moves the Court to continue that part of the current Scheduling order which called for Objections to the Presentence Report to be filed by November 11, 2019 so that the required filing date may be advanced to November 12, 2019.

RESPECTFULLY SUBMITTED
LUCILO CABRERA

BY: _____
C. Thomas Furniss
Fed Bar No. ct00028
248 Hudson St.
Hartford CT 06106

(860) 527-2245
cthomasfurniss@gmail.com

### CERTIFICATION

I hereby certify that the foregoing was filed electronically on this 12th of November, 2019.

_____
C. Thomas Furniss